nation of Father and Mother's parental rights is supported by substantial evidence and is not against the weight of the evidence. Rule 84.16(b)(1). We further find no error of law appears. Rule 84.16(b)(5).

An opinion in this case would have no precedential value. Rule 84.16(b). Therefore, we affirm by written order. A memorandum has been issued to the parties for their use only.

motion for attorney's fee are denied. Appellant appeals from a judgment claiming the trial court erred.

We have read the briefs, reviewed the legal file and transcript. We find no error of law and no jurisprudential purpose will be served by an extended written opinion. Judgment affirmed in accordance with Rule 84.16(b).

■

**METRO ST. LOUIS SEWER DISTRICT, et al., Plaintiffs–Respondents,**

v.

**TRANSAMERICA INSURANCE CO., et al., Defendants–Appellants.**

No. 64268.

Missouri Court of Appeals,
Eastern District,
Division Three.

June 30, 1994.

■

**Pat JONES, Plaintiff–Appellant,**

v.

**MISSOURI HIGHWAY AND TRANS-PORTATION COMMISSION, Defendant–Respondent.**

No. 18819.

Missouri Court of Appeals,
Southern District,
Division One.

June 30, 1994.

Donald E. Heck, Clayton, Leo M. Newman, Marc S. Wallis, Newman & Bronson, St. Louis, for appellants.

Cordell P. Schulten, St. Louis, for Metro St. Louis Sewer Dist.

Bernard A. Reinert, John W. Rourke, Reinert, Duree & Crane, P.C., St. Louis, for Transamerica Ins. Co. & Unnerstall Contract.

Before SIMON, P.J., and PUDLOWSKI and GRIMM, JJ.

*ORDER*

PER CURIAM.

Respondents' motion to dismiss and respondent Unnerstall Contracting Company's

